**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:22-mj-00602-BT *SEALED* |
| | § | Other Dist. Docket No. 1:22-MJ-097-EPG |
| v. | § | Charge Pending: |
| | § | Eastern District of California |
| TILISHA MORRISON (1) | § | Fresno Division |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1**
**AND ORDER ENTERED THEREON**

The defendant is charged in the above-referenced district with the offense of provide/possess contraband in a prison and conspiracy to distribute a controlled substance. .Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)** **Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☑ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:** **Preliminary Hearing**

☐ No preliminary hearing is necessary because the defendant is charged by indictment.

☑ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)** **Detention Hearing**

☑ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

___

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☐ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☑ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: June 17, 2022.

                                                                                                  [signature]

(Use Other Side for Return)                        United States Magistrate Judge